IN THE UNITED STATES DISTRICT CORT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

2:25-CV-243

(AMENDED PETITION TO ALTERNATIVE WRIT
OF MANDAMUS" WHICH WAS COMPLETED & MAILED TO
THIS COURT NOVEMBER 7, 2025")

PETITION IN EMERGENCY NOTIFYING HONORABLE
COURT OF EMERGENT 2254 WRIT OF HABEAS CORPUS
APPEARING BEFORE BENCH PURSUANT TO 28 USCS §2254
EXAUTION OF REMEDIES & CONSTITUTIONAL RELIEF

(INCORPORATED WITH)

EMERGENCY MOTION REQUESTING HONORABLE COURT
PROHIBITION OF LAW LIBRARY/ & ACCESS TO THE CORT
& MANDATE ASSISTANCE TO FILE (INMATE REQUEST FOR MONEY
WITHDRAWL FORM) PURSUANT TO 28 USCS §1914 &
- TO PAY 5$ FEE FOR 2254     YOUNGER V. GILMORE, 404 U.S. 15 &
WRIT HABEAS CORPUS FILING     BOUNDS V. SMITH, 430 U.S. 817

(SAFE GUARDS OF U.S. DISTRICT
COURT ← HONORABLE ←

I.

PETITIONER ERSKIN PETITIONS THIS COURT IN AMENDED EMERGENCY
PETITION TO PRIOR "ALTERNATIVE WRIT OF MANDAMUS" THROUGH THE
LIBERTY OF UNITED STATES CONSTITUTIONAL LAW AS SUPREME LAW OF THE LAND WHICH DELIVER
A STRUCTURAL SETTING OF DUE PROCESS THROUGH THE CLAUSE MANDATION WHICH AMOUNT TO JUSTICE
AT EVERY LEVEL IN WHICH HIS SITUATION IS OF EMERGENCY AND ON OR ABOUT 5 DAYS FROM
THIS DATE HE WILL FILE 2254 WRIT OF HABEAS CORPUS PETITIONING THIS HONORABLE COURT TO
RELIEVE HIM FROM BEING UNLAWFUL PHYSICAL RESTRAINED TO A CONDEMENT OF ADMINISTRATION
SEGREGATION/SECURITY DETENTION WITHOUT DUE PROCESS OF LAW WITH NO PENOLOGICAL JUSTIFICATION
BY BILL CLEMENTS ADMINISTRATION WHICH IN WRIT PETITIONER WILL SHOW NOTHING BUT ISSUES OF LAW
THIS IS OUTRIGHT UNCONSTITUTIONAL BEHAVIOR TO HOLD ANY ONE IN AMERICA IN OR OUT OF A PENOL
INSTITUTION TO A PUNISHMENT OF CONVICTION WITHOUT ANY CRIME, OFFENSE OR DISCIPLINARY ACTION
TO CONDEM THEM TO SUCH PUNISHMENT PERTAINING TO THIS CAUSE OF PETITIONER & THE FACTS & ISSUES THAT
SURROUND HIS SITUATION. THIS ERRONEOUS DEPRIVATION OF EQUAL PROTECTION OF THE LAW & DUE PROCESS
OF LAW & IMPAIRMENT OF CONSTITUTIONAL RIGHTS GRANTED BY UNITED STATES CONSTITUTION IN GENERAL IS
DIRECT RESULT OF WHY THERE'S BEEN ON OR ABOUT 140 DEATHS ON THIS BILL CLEMENTS UNIT IN THE PAST
8 YEARS WHERE YOU HAVE INMATES IGNORANT OF THERE RIGHTS ARE CONDEMNED WITHOUT DUE PROCESS OF LAW
TO ADMINISTRATIVE SEGREGATION BUT NOT LIMITED TO BECAUSE THEY SEEN NO WAY OUT BUT SUICIDE DO TO
THIS ADMINISTRATIONS TOTAL DISREGARD FOR THE SUPREME LAW OF THE LAND DUE TO PETITIONER JUST
FILED A "ALTERNATIVE WRIT OF MANDAMUS IN THIS COURT DATED & MAILED NOVEMBER 7TH 2025 WITH
RESPECT TO THIS HONORABLE COURTS DILIGENCE IN THAT PROCESS ALONG WITH THE INCORPORATED
MOTION HERE THE COURT MAKE A JUST RULING UNDERSTANDING THIS IS BUSY BENCH PETITIONER
WILL FILE 2254 WRIT OF HABEAS CORPUS IN TIME FRAME SAID ABOVE. PETITIONER ERSKIN
AGREES WITH THE VAST MAJORITY OF CIRCUIT COURTS & DISTRICT COURTS OF THE UNITED
STATES WHERE MOST PETITIONERS APPEALING DISCIPLINARY ACTIONS ON 2254 WRIT OF HABEAS
CORPUS WHICH RESULTED IN ADMINISTRATIVE SEGREGATION OR NOT ARE MERITLESS MOST OF THE
TIME BEING ADEQUATELY FOUND GUILTY IN COURT DISCIPLINARY HEARING WHERE THAT PENOL INSTITU-
-TIONS POLICY MANDATED THAT CUSTODY THROUGH ITS GOVERNING LANGUAGE IN CLASSIFICATION

(1 of 5)

DISCIPLINARY IN PROCEDURE. THE TRUTH IS PETITIONER IS NOT APPEALING THE DISCIPLINARY CASE AND WAS OVERTURNED(IN BEING ADMINISTRATIVELY SEGREGATED) AS ALMOST ALL PETITIONERS DO TO BE RELIEVED FROM THIS CUSTODY. HIS DISCIPLINARY CASE WAS OVERTURNED(WHICH WILL BE A PART OF THE EXHIBITS TO THIS HONORABLE COURT AS EVIDENCE IN PETITION OF WRIT OF HABEAS CORPUS) & HE BARES NO DISCIPLINARY CASE OR OFFENSE BY PENAL INSTITUTION CLASSIFICATION POLICY LANGUAGE TO BE DEFINED AS A ADMINISTRATIVE SEGREGATION SUBJECT. INSTEAD PETITIONER PETITIONS THIS HONORABLE COURT ON OR ABOUT 5 DAYS FROM NOW SEEKING RELIEF FROM THE PUNISHMENT THAT CAME WITH OVERTURNED DISCIPLINARY CASE IN WHICH HE'S STILL BEING UNCONSTITUTIONALLY CONFINED TO, ADMINISTRATIVE SEGREGATION. ITS A FOR SURE MATTER OF LAW.(EXHIBITS OF EVIDENCE OF FILED I-60 REQUEST TO THE HEAD WARDEN, GRIEVANCE INVESTIGATORS & LAW LIBRARY IN WHICH THEY NEVER RESPONDED GIVING ADEQUATE INFORMATION ON REQUEST, A COPY OF THE STEP 1 GRIEVANCE IN WHICH THE HEAD WARDEN & OR ASST WARDENS REFUSE TO ANSWER DO TO IT RELIEVES PETITIONER WHERE THEY WOULD HAVE TO RELEASE HIM FROM ADMINISTRATIVE SEGREGATION) ONCE THIS HONORABLE COURT JUDGE HEARS THE WRIT, PETITION & MOTION, WHEN YOU MAKE YOUR RULING (GOD) WILLING IN FAVOR OF PETITIONER THE RESPONDENTS MUST REACT ACCORDINGLY TO THE ORDER OF THE COURT. PLAINTIFF HAVE LOST ALL HOPE WITH THIS ADMINISTRATION & ONLY AT THIS POINT HAS FAITH IN JUDICIAL RELIEF & THE POWER OF THE 2254 WRIT OF HABEAS CORPUS BEING IN YOUR HANDS DETERMING THE CONSTITUTIONALITY OF HIS CUSTODY UPON SHOWING ITS A MATTER OF LAW & FACT & IN THE BEST INTEREST OF LAW & JUSTICE.

( CONSTITUTIONAL REASONING & JURISDICTION OF THIS COURT 28 USCS 2254)

(§2254. STATE CUSTODY; REMEDIES IN FEDERAL COURT) **II.**

JURISDICTION OF THE COURT PURSUANT TO
(a) THE SUPREME COURT, A JUSTICE THEREOF, A CIRCUIT JUDGE OR A DISTRICT COURT SHALL ENTERTAIN AN APPLICATION FOR A WRIT OF HABEAS CORPUS IN BEHALF OF A PERSON IN CUSTODY PURSUANT TO THE JUDGEMENT OF A STATE COURT ONLY ON THE GROUND THAT HE IS IN VIOLATION OF THE CONSTITUTION OR LAWS OR TREATIES OF THE UNITED STATES.

(b) (1) ON APPLICATION FOR A WRIT OF HABEAS CORPUS ON BEHALF OF A PERSON IN CUSTODY PURSUANT TO THE JUDGMENT OF A STATE COURT SHALL NOT BE GRANTED UNLESS IT APPEARS THAT — (A) THE APPLICATION HAS EXHAUSTED THE REMEDIES AVAILIBLE IN THE COURTS OF THE STATE; OR
(B) (i) THERE IS AN ABSENCE OF AVAILABLE STATE CORRECTIVE PROCESS; OR
(ii) CIRCUMSTANCES EXIST THAT RENDER SUCH PROCESS INEFFECTIVE TO PROTECT THE RIGHTS OF THE APPLICANT. —

PETITIONER ERSKIN WILL SHOW THROUGH REASON & LOGIC HERE & IN 2254 THE STATUTORY LAW IN JURISDICTION OF THIS HONORABLE COURT
PETITIONER IS NOT SEEKING RELIEF FROM A FINAL JUDGEMENT IN A STATE COURT OR FILING HIS UP COMING 2254 IN APPEAL OF HIS CONVICTED OFFENSE. HIS EXECUTION INSTEAD STATE LEVEL

(2 OF 5)

WAS ADMINISTRATIVE REMEDIES IN A STATE PENAL INSTITUTION WHICH IS THE GRIEVANCE PROCESS. PETITIONER IS LAWFULLY REQUESTING RELEASE FROM ADMINISTRATIVE SEGREGATION CUSTODY WITHOUT DUE PROCESS OF LAW REQUESTING RELEASE NOT FROM CUSTODY/PRISON BUT RELEASE FROM HIS ADMINISTRATIVE SEGREGATION/SECURITY DETENTION CUSTODY OF UNLAWFUL CONDEMENT OF PHYSICAL RESTRAINT WHICH WILL RELIEVE HIM TO RELIEF OF RIGHTFUL CUSTODY OF GENERAL POPULATION IN ACCORDS TO STATE CREATED CLASSIFICATION POLICY & CONSTITUTIONAL LAW. PETITIONER HAS EXHAUSTED HIS STATE CREATED GRIEVANCE ADMINISTRATIVE REMEDIES THROUGH STEP 1 GRIEVANCE PROCESS GRIEVANCE #2025054270 DISCIPLINARY APPEAL GRANTED OVERTURNED POSSESSION OF A WEAPON CASE #20250078485 GRANTED ON JANUARY 31st 2025. IT WAS WROTE DATED JANUARY 27th 2025 & TURNED IN & PROCESSED JANUARY 29th 2025 THIS SUCESSFUL OVERTURNED DISCIPLINARY INFRACTION OVERTURNED ANY ACTION THAT PUNISHED PETITIONER WHICH CAME WITH IT & THAT WAS THE UNLAWFUL CONFINEMENT TO ADMINISTRATIVE SEGREGATION/ HE'S CURRENTLY STILL UNLAWFULY CONDEMENED TO. PETITIONER FUTHERLY APPEAL THE THREATENING CASE BEHIND A SECURED DOOR #2025079524 THROUGH STEP 1 & STEP 2. GRIEVANCE #2025063036. THIS NONE VIOLENT NONE INJURY CASE WAS UPHELD ON APPEAL STEP 1 FILED ON FEBURY 11th 2025 & DENIED FEBURY 21st 2025. STEP 2 FILED DATED JUNE 9th 2025 & ANSWERED SEPTEMBER 12th 2025 DENYING THAT APPEAL FOR THAT CASE. THESE WHERE THE COMBINING ALLEGED CASE THAT DOWN GRADED ME TO ADMINISTRATIVE SEGREGATIO/SECURITY DETENTION. 1 OVERTURNED 1 WAS NOT. BY THE LANGUAGE OF TDCJ CLASSIFICATION POLICY THE 1 & ONLY THREATENING BEHIND A SECURED DOOR CASE DOES'NT HOLD ENOUGH WEIGHT TO CLASSIFY PETITIONER AS ADMINISTRATIVE SEGREGATION. THEY FALSELY USED THIS ONLY VALID CASE UNLAWFULY BY SAYING ("CASE HISTORY" - THAT PETITIONER WAS A THREAT TO INMATES & STAFF & PRESENTS A SIGNIFICANT THREAT TO THE ORDER & SECURITY OF THE INSTITUTION, ALSO THEY STATED BY "CASE HISTORY" THEY PRESENTED PETITIONER WAS INMATE & STAFF ASSULTIVE & WEAPON POSSESSION." TO PROVE THERE PROVE) CLASSIFICATION POLICY STATES (CLASSIFICATION PLAN PAGE3 "DEFINITION-ADMINISTRATIVE SEGREGA-TION = THIS HAS TO BE AS EVIDENCED BY REPETITIVE SERIOUS DISCIPLINARY VIOLATIONS) TO PROVE THEIR FOUR INQUIRY REPORT AS JUSTIFICATION. TO BE CLEAR A SINGLE INVOLVE 1 THREATENING BEHIND A SECURED DOOR CASE IS NOT MEETING THE LANGUAGE CRITERIA OF "AS EVIDENCED BY (REPETITIVE = MEANING NONE STOP BACK TO BACK TO BACK TO BACK TO BACK DISCIPLINARY CASE INFRACTIONS) SERIOUS DISCIPLINARY VIOLATIONS. CHEIF OF CLASSIFICATION COULD'NT & DID'NT PRESENT ANYTHING OF THIS POLICY NATURED REQUIREMENT NO CASES WHAT SO EVER. MEANING THE POLICY SAID ABOVE DONT APPLY TO HIM TO BE USED & THE CUSTODY DONT APPLY TO HIM EITHER BECAUSE IT WAS GAINED BY PROCEDURAL ERROR CONTRARY TO DUE PROCESS OF THE LAW. DURE UNCONSTITUTIONALITY. PETITIONER WROTE A GRIEVANCE DATE AUGUST 20th 2025 TURNED IN AUGUST 21st 2025 & PROCESSED ABOUT BILL CLEMENTS BILL CLEMENTS CHEIF OF CLASSIFICATION/ADMINISTRATION REFUSED TO ACKNOWLEDE THAT OVER TURNED STEP 1 & CASE AS SAID ABOVE & THE WHOLE SITUATION OVER TURNED UNLAWFUL CUSTODY OF ADMINISTRATIVE SEGREGATION WHICH THE WARDENS REFUSE TO ANSWER AS RELIEF WHICH SPARKED THIS INSTANT ALTERNATIVE WRIT OF MANDAMUS IT IS NOT TO BE CONSTRUED THAT THIS IS APART OF THE EXHAUSTION OF STATE ADMINISTRATIVE REMEDIES. THE DISCIPLINARY EXHAUSTION REMEDIES HAS ALREADY BEEN MAXIMIZED AND AS WE CAN SEE BY ISSUE OF LAW, POLICY & FACT NOTHING WARRANTS THIS UNJUST PROCEDURAL ERRORED, UNCONSTITUTIONAL DEPRIVATION & OPPRESSIVE CUSTODY OF ADMINISTRATIVE SEGREGATION/SECURITY DETENTION PETITIONER SUBJECTED TO CURRENTLY.

(INCORPORATD WITH)
EMERGENCY MOTION REQUESTING HONORABLE
COURT PROHIBITION OF LAW LIBRARY DENIAL OF
ACCESS TO COURTS & MANDATE ASSISTANCE TO FILE
(INMATE REQUEST FOR MONEY WITHDRAWL FORM TO PAY)
(FILING FEE FOR 2254 WRIT OF HABEAS CORPU)
(IN ACCORDS AND PURSUANT TO UNITED STATES SUPREME COURT PRECEDENT/ CASE LAW)
BOUNDS V. SMITH, 430 U.S. 817, YOUNGER V. GILMORE 404 U.S.1 & 28 USCS § 1914

RULE OF LAW & JUSTIFIED
AUTHORITY OF THIS HONORABLE COURT
I

DUE TO THE OUTSTANDING DISREGAURD OF CONSTITUTIONAL LAW & THE OVER WHELM-
ING CURTAILING, IMPEDIMENT & IMPAIRMENT OF CONSTITUTIONAL RIGHT TO ACCESS TO THE COURTS WHICH IS
MADE MANDATORY BY UNITED STATES SUPREME COURT, THE HIGHEST HONORABLE COURT OF THIS LAND WHICH THIS
UNIT OR ADMINISTRATION HEADED BY WARDENS WHO ARE PRINCIPLE AUTHORITY OF LAW LIBRARIANS WHO HAVE CONDUCT-
ED THE DIRECT ACTION PRESCRIBED. DUE TO LAW LIBRARIAN KNOW PETITIONER IS PETITIONING IN WRIT & SUIT THEY APPA-
RENT ATTEMPT IS TO PREVENT IT AS PETITIONER EXPLAINED IN ORIGINAL ALTERNATIVE WRIT OF MANDAMUS SENT TO THIS
HONORABLE COURT DATED NOVEMBER 7TH 2025 (WHICH THIS SUBSEQUENT AMENDED PETITION & INCORPORATED MOTION IS A EXTEN-
TION TO) THEY LAW LIBRARY DENIED EVERY REQUEST TO ANY REQUEST TO ANY COURT INFORMATION ADDRESSES FOR ACCESS, TO
COURTS, THEY WILL PROVIDE ANYTHING ELSE FROM LIBRARY OF LAW FOR PETITIONER, BUT NOTHING DEALING WITH ANY
ACCESS TO THE COURTS IN THIS INSTANT UNCONSTITUTIONAL SITUATION. PETITIONER IS PETITIONING THIS HONORABLE COURT INTO
MATTER OF FACT & LAW IN FORM OF 2254 WRIT OF HABEAS CORPU ON OR ABOUT 5 DAYS FROM THE DAY OF THE ARRIVAL OF
SUBSEQUENT (AMENDED EMERGENCY PETITION IN CORPORATD WITH THIS EMERGENCY MOTION), PETITIONER IS BEING
SEVERLY UNCONSTITUTIONALY OPPRESSED & WITH THIS THE REQUEST THIS HONORABLE COURT TO ENFORCE 28 USCS § 1914
JUDICIAL PROCEDURE WHICH REQUIRED PETITIONER TO PAY 5$ FILING FEE OF 2254 WRIT OF HABEAS CORPU DIRECTED SUIT AT LAW
LIBRARY SUPERVISOR OF BILL CLEMENTS MR. SILVERTOOTH TO ASSIST PETITIONER IN FILING OF (INMATE REQUEST FORM MONEY
WITH DRAWL SLIP) DUE TO COMPLETION CANNOT BE CONDUCTED WITH OUT THIS AUTHORITY WHO IS WORKING TO KEEP
PETITIONER (OUT OF THE COURTS) TO FURTHER TO COVER THE TRACKS OF HIS LEADERS OF THIS CORRUPT ADMINISTRATION- THE
WARDEN & CHIEF OF CLASSIFICATION. BY YOUR AUTHORITY TO UPHOLD REQUEST PETITIONERS CONSTITUTIONAL RIGHTS (TO ACCESS)
TO COURT, SUPREME COURT PRECEDENT/ CASE LAW & UNITED STATES CODE SERVICE/28 § 1914 WILL BE ADMINISTERED AS
PROCESS ARE TO PETITIONER, PURSUANT TO AUTHORIZED LAW & FACT

CONCLUSION: THE GRANTING OF THIS MOTION UPHOLDS PETITIONER U.S.CONSTITUTIONAL RIGHT OF DUE PROCESS CLAUSE, U.S.
CODE SERVICE STATUTORY LAW & U.S. SUPREME COURT CASE LAW IN ACCORDS TO;
UNITED STATES CONSTITUTION 5TH & 14TH AMENDMENT, "NO PERSON SHALL BE DEPRIVED OF LIFE LIBERTY OR PROPERTY WITHOUT DUE
PROCESS OF THE LAW

2) YOUNGER V. GILMORE 404 U.S. 15   "A FEDERAL COURT DECISION HOLDING THAT THE FUNDAMENTAL CONSTITUTIONAL RIGHT OF
3) BOUNDS V. SMITH 430 U.S. 817, ACCESS TO THE COURT REQUIRES STATE PRISON AUTHORITIES TO ASSIST INMATES IN
PREPARATION OF MEANINGFUL LEGAL PAPER BY PROVIDING PRISONERS WITH ADEQUATE LAW
LIBRARIES OR ADEQUATE ASSISTANCE FROM PERSONS TRAINED IN THE LAW.

4) 28 USCS § 1914 (a) "THE CLERK OF EACH DISTRICT COURT SHALL REQUIRE THE PARTIES INSTITUTING ANY CIVIL ACTION
SUIT OR PROCEEDING IN SUCH COURT WHETHER BY ORIGINAL PROCESS REMOVAL OR OTHER WISE, TO PAY A FILING FEE OF 350$
EXCEPT THAT ON APPLICATION FOR A WRIT OF HABEAS THE FILING FEE SHALL BE 5$

WHEREFOR (PREMISES CONSIDERED) PETITIONER ERSKIN PRAYS IN GOOD FAITH THIS MOTION BE CONSIDERED
& GRANTED TO SEE JUSTICE SERVED CONSTITUTIONALLY

COURT ORDER

CAME TO BE HEARD ON THE ____ DAY OF ____ 2025 AND IT APPEARS
IT SHALL BE _____ GRANTED _____ DENIED

_____
JUDGE SIGNATURE

I petitioner MELVIN ERSKIN certify & verify under of penalty of perjury That The forgoing is true & correct & that this petition for all constitutional relief is accurate & was turned in/placed in the prison mailing system on November 11th, 2025

x MELVIN ERSKIN #0228810
INMate Signature        #0228810

# STEP 1
## INMATE
## GRIEVANCE FORM

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: MELVIN ERSKIN   TDCJ # 02285810

Unit: BILL Clemens  Housing Assignment: ECB/H-230

Unit where incident occurred: BILL Clemens

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Captain HUGHS 8 Lt. DURAN asst WARDEN PAC Heo   When? Captain-8/8/25 Lt.-8/11/25 asst WARDEN-8/18/25

What was their response? THEY WOULD TALK TO CLASSIFICATION

What action was taken? — CURRENT STEP 1 FILED —

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

EMERGENCY - THIS STEP 1 GRIEVANCE WAS WROTE at 6:30 pm on AUGUST 20th 2025 GRIEVING THE DECISION THAT WAS SENT TO S.C.C BY CLASSIFICATION TO Re-SEG. NE CONTRARY TO US. 8 TX. CONSTITUTIONAL LAW WHICH HAPPENED ON BILL CLEMENS UNIT BETWEEN THE DATES OF AUGUST 11th 2025 8 AUGUST 18th 2025 IN WHICH INCIDENT OCCURRED FALLS WITHIN SAID GRIEVANCE POLICY TIME LINE. SEE GRIEVANCE BOARD POLICY WHICH STATES (You HAVE 15 DAYS FROM THE DATE of ALLEGED INCIDENT OR OCCURANCE OF ISSUE PRESENTED IN WHICH TO COMPLETE THE STEP 1 GRIEVANCE FORM 8 FORWARD IT TO THE UNIT GRIEVANCE OFFICE. THIS GRIEVANCE IS ON STATUS 8 NATURE OF MY CONFINEMENT WHICH at all TIMES MUST BE IN ACCORDS TO THE UNITED STATES 8 TEXAS CONSTITUTION 8 LAW. CLASSIFICATION WAS MADE KNOWN ON FRIDAY 8/8/25 BY CAPTAIN HUGHS 8 MONDAY 8/11/25 BY Lt. DURAN THAT CASE #2025007848 5 FROM JANUARY 9th 2025 WAS OVERTURNED IN WHICH THIS IS THE CASE THAT WAS USED AS CRITERIA TO COMMIT ME TO ADMINISTRATION SEGREGATION THE 1st TIME 8 A NON VIOLENT THREATENING CASE #2025007852 4 FROM JANUARY 13th 2025 WHICH HAD TO BE PRESENTED TO UCC WITH THE OVERTURNED CASE BECAUSE BOTH CASES WAS RAN TO COURT ON THE SAME DAY 8 I SEEN UCC ON THE SAME DAY FOR PROCEEDING AFTER LITIGATED CASES, NO OTHER OFFENSE BUT OVERTURNED CASE #2025007848 5 IS OVERTURNED/NONE EXISTANT CASE POSSESSED NATURE TO SEG. NEDUE TO THREATENING CASE ALONE IS INSUFFICIENT, AFTER CLASSIFICATION WAS NOTIFIED ON BILL CLEMENS AS SAID ABOVE THE NATURE 8 STATUS ON MY CONFINEMENT COULD OF BEEN CORRECTED BUT INSTEAD OF DOING SO THEY REFUSED TO ACKNOWLEDGE THAT THE CASE THAT GOT ME COMMITTED TO ADMINISTRATIVE SEGREGATION #2025007848 5 WAS OVERTURNED/NONE EXISTANT AND Re-USED THIS SAID SAME OVERTURNED CASE WITH CASE #2025007852 9 - A NONE VIOLENT CASE AS CRITERIA TO RE COMMIT ME TO AD-SEG 8 UNLAWFULLY SENT THESE CASES THAT WAS ALREADY USED AGAINST ME THE 1st TIME TO AD SEG ME TO S.C.C INA PROCEEDING WHICH CANNOT BE Re-USED TO RE-SEG ME. ITS UNCONSTITUTIONAL 8 ITS PROHIBITED BY EVERY FORM OF LAW IN AMERICA. MY CURRENT CONFINEMENT STATUS VIOLATE (UNITED STATES CONSTITUTIONAL 5th AMENDMENT DOUBLE JEOPARDY CLAUSE STATING (NO PERSON SHOULD BE SUBJECT FOR THE SAME OFFENSE TWICE PUT IN JEOPARDY) 8 TDCJS CLASSIFICATION POLICY STATES YOU MUST BE SUBJECT TO DISCIPLINARY ACTION TO BE DOWN GRADED, I'VE NEVER RECEIVED A CASE IN SEG. 8 MY LAST 6 MONTHS CASE HISTORY MUST BE SUBJECT TO DISCIPLINARY ACTION TO BE DOWN GRADED, I'VE NEVER RECEIVED A CASE IN SEG. 8 MY LAST 6 MONTH CASE HISTORY IS FLAWLESS. THIS IS PROCEDURAL ERROR BY POLICY. DUE TO ME NOT HAVING ANY CASE TO KEEP ME SEG. THE SAME CASES THAT WAS USED AGAINST ME IN I CLASSIFICATION PROCEEDING WAS USED IN THIS INSTANT CLASSIFICATION PROCEEDING. IM CURRENTLY GRIEVING TO UNCONSTITUTIONALLY BEEN A RECOMMITMENT TO ADSEG ME. THE GRIEVANCE APPEALS DISCIPLINARY, I EXHAUSTED ADMINISTRATIVE REMEDIES ALREADY PROVED TO THIS ADMINISTRATION IM NOT SUPOSE TO BE AD-SEG BY LAW SUCH ACTION USED TO AD DOWN GRADE ME TO AD SEG AUTOMATICALLY INVOKE/IMPLICATE (THE DOUBLE JEOPARDY CLAUSE PROVISION OF THE CONSTITUTION. SEE TEXAS CONSTITUTION ARTICLE 1

---

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          **(OVER)**

I-127 Front (Revised 8/2022)

1. SECTION 14 states, "No person for the same offense shall be twice put in jeopardy of life or liberty." The United States Constitution 14th Amendment incorporates the Double Jeopardy clause upon the states & the states entitled (TDCJ) have to protect these & the process. These rights protect against double jeopardy. In any case where there is what creates a re-count set by judges in (Gamble v. United States) Sct 5 states, "The history of Double Jeopardy clause itself supplies more evidence yet. The original draft prohibited more than one trial or punishment for same offense: see Hasha where Lewis what's 0-14." This case law makes it clear that in any proceeding in America incarcerated or not double jeopardy is prohibited strictly by constitutional laws after said cases instep 1 was used to down grade we are its procedural error. The 8th amendment double jeopardy clause bars all to be re-down grouped for the same cases its procedural error. Its unconstitutional, constitutional error, violation of constitutional law. The U.S. 5th amendment double jeopardy clause/TX constitution Art 1 Sec 14 & 24 is apart of the bill of rights for the rights of the accused in which due process of law guarantees constitutional protections - US constitution 14th amendment & TX constitution Art 1 Section 19 due process clause. TX constitution grants more protection on the rights of the accused/bill of rights in TX constitution Art 1, Sec 29 states, "any practice that impairs the rights of the accused are void."

**Action Requested to Resolve Your Complaint.**

As stated in steps 1 constitutional law, court precedent & TDCJ policy calls for my proper custody to reflect the true nature & status of my confinement which is the custody level I earned & computer reflects, this will correct the status & nature of my confinement, all together this will correct the constitutional errors.

**Inmate Signature:** MELVIN ERSKIN          **Date:** 8/20/25

**Grievance Response:**




**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Inmate: | _____ |
| Date Returned to Inmate: | _____ |
| **2nd Submission** | **UGI Initials:_____** |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Inmate: | _____ |
| Date Returned to Inmate: | _____ |
| **3rd Submission** | **UGI Initials:_____** |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Inmate: | _____ |
| Date Returned to Inmate: | _____ |

(CON)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

OCTOBER 23rd 2025

GRIEVANCE INVESTIGATOR C. TURNER SAYS SHE TURNED IN MY GRIEVANCE TO YOU DATED (8/20/25 = GRIEVANCE DATE). CAN YOU PLEASE ANSWER MY GRIEVANCE DUE TO IM WRONGFULLY SUBJECTED TO ADMINISTRATIVE SEGREGATION THIS WILL SEND ME TO MY PROPER CUSTODY

ITS BEEN 63 DAYS

**Name:** MELVIN ERSKIN    **No:** 02285810    **Unit:** BILL CLEMENTS

**Living Quarters:** H-230    **Work Assignment:** N/A

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

(COPY)

October 21st 2025

GRIEVANCE INVESTIGATOR A. TURNER SAYS TODAY
SHE TURNED IN MY GRIEVANCE TO YOU DATED

(Grievance Date → 8/20/25) CAN YOU PLEASE ANSWER MY
GRIEVANCE DUE TO IM WRONGFULLY SUBJECTED
TO ADMINISTRATIVE SEGREGATION. THIS
WILL SEND ME TO MY PROPER CUSTODY. ITS BEEN
62 DAYS

MELVIN ERSKIN H-230
#02288810

(EXHIBIT) OF SOME I-60 TO HEAD WARDEN FOR "ALTERNATIVE WRIT OF Man Damus")

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Head Warden

(Name and title of official)

DATE: _____

ADDRESS: Bill Clements

(Copy)

october 20th 2025

1) Can you send me the address to the court of criminal appeals for this reason

2) Can you send me the court of criminal appeals address, pleese. Thank you.
where you file in the clerks office

Melvin Erskin
#02285810

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL** DIVISION

# **INMATE REQUEST TO OFFICIAL**

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____
(Name and title of official)

ADDRESS: _____

DATE: _____

(COPY)

October 21st 2025

1) Can you pleas send me the address to the 7th appeals court.

2) also can you send me the address to this clerk office of the court. THANK YOU,

3) Can you send me the address to the United States District court for the Northern District of TX & its Clerks office please!
(Amarillo Division)          October 21st 2025

MELVIN ERSKIN #0228886
1+-230

Response:

( EXHIBIT8 F8 ALTERNATIVE WRIT of MANDOMUS) FOR MONTH of OCTOBER

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: ___Law Library___
(Name and title of official)
P.L.

DATE: __10/21/25__

ADDRESS: _____

3RD & 4TH Request    (COPY)    NOV 7th 2025

SUBJECT: *State briefly the problem on which you desire assistance.*

1) CAN YOU SEND ME THE ADDRESS TO THE 15th CART of appeals

2) ~~CAN YOU ALSO SEND~~ I ALSO NEED THE ADDRESS TO THE 15th CART of appeals CLERKS OFFICE. THANK YOU

3) I ALSO ASKED LAW LIBRARY FOR THE ADDRESS TO THE UNITED STATE DISTRICT CART OF THE NORTHERN DISTRICT OF TX. YOU NEVER SENT IT. THAT REQUEST IS STILL PENDING

Name: MALVIN ERSKIN    No: 0228886    Unit: B.C.

Living Quarters: H230    Work Assignment: N/A

DISPOSITION: (Inmate will not write in this space)

☆ I-60 (Rev. 11-90)

2ND REQUST ⊛ (COPY)                                    NOV. 10th 2025

1) I NEED THE ODDRESS TO THE 15th COURT OF APPEALS

2) I also NEED THE ODDRESS TO THE 15th COURT OF APPEALS
DISTRICT CLERKS OFFICE. THANK YOU
(ATTEMPTING TO DEPRIVE ME OF ACCESS TO THE COURTS IS
NOT GOING TO DO ANYTHING ~~IT IS~~ GOING TO PROVE FURTHERLY.

MELVIN ERSKIN #02285810
H-230

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL** DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____Law LIBRary_____   DATE: _____
(Name and title of official)

ADDRESS: _____

1 st REQUEST    (COPY)                                   NOV 5 th 2025

**SUBJECT:** *State briefly the problem on which you desire assistance.*

1) CAN YOU PLEASE SEND ME THE ADDRESS TO THE PROPER STATE DISTRICT COURT FOR THIS REGION OF THE STATE. TO BE EXACT AMARILLO AREA -DIVISION-

2) I NEED THE CLERKS OF COURT ADDRESS WHERE YOU FILE PETITIONS & MOTION FOR THE STATE DISTRICT COURT OF THIS REGION AMARILLO DIVISION

Name: MARVIN ERSKIN              No: #2288810       Unit: BILL CLEMENTS

Living Quarters: H-230            Work Assignment: N/A

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

Law LIBRARY

(CON'T)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

OCTOBER 12, 2025

1) CAN YOU PLEASE SEND ME THE ADDRESS TO THE 7th APPEALS COURT.

2) ALSO CAN YOU SEND ME THE ADDRESS TO THIS CLERKS OFFICE OF THE COURT. THANK YOU

3) CAN YOU SEND ME THE ADDRESS TO THE ~~COURT OF~~ UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TX. & ITS CLERKS OFFICE. (AMARILLO DIVISION)

Name: MELVIN BROKIN    No: 02285816    Unit: BILL CLEMENS

Living Quarters: H-230    Work Assignment: N/A

DISPOSITION: (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

(EXHIBITS FOR WRIT OF MANDAMUS)
ALTERNATIVE
" FOR MONTH OF NOVEMBER

Law Library
I CO



MELVIN EASTIN #02288620
9601 SPUR 591
AMARILLO, TX 79107

UNITED STATES OFFICE
DISTRICT CT CLERKS OFFICE
(U.S. DISTRICT CLERK)
(U.S. STATES COURT HOUSE
UNITED STATES
203 S.E. 5TH AVENUE
AMARILLO) TX 79101

RECEIVED

NOV 14 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED OFFENDER
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION